UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO.  1:11-CR-10062-015-NMG |
| | ) | |
| JEREMY WOBECKY | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the special assessment imposed in the Judgment as to the defendant in the above-captioned matter, Jeremy Wobecky, by payment in full.

                                                    Respectfully submitted,

                                                    CARMEN M. ORTIZ
                                                    United States Attorney

                                  By:    /s/  Christopher R. Donato
                                           CHRISTOPHER R. DONATO
                                           Assistant U.S. Attorney
                                           1 Courthouse Way, Suite 9200
                                           Boston, MA 02210
                                           (617) 748-3303

DATE: January 13, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this date, this document was filed through the ECF system electronically and to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                                      /s/ Christopher R. Donato
                                                    CHRISTOPHER R. DONATO
                                                    Assistant U.S. Attorney